```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO.  C 08 3055 JCS |
| Plaintiffs, | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| SOUZA'S MILK TRANSPORTATION COMPANY, IN., a California corporation | |
| Defendant. | |

IT IS ORDERED that the Case Management Conference in this case set for September 26, 2008 continued to December 19, 2008 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: September 24, 2008

_____
Honorable Joseph C. Spero

IT IS SO ORDERED
Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE