UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATOR, INC., | No. C 08-3055 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SOUZA'S MILK TRANSPORTATION CO., | |
| Defendant. | |

Judgment is hereby awarded in favor of plaintiff and against defendant in the following amounts, which total $60,637.52:

$45,068.05 in unpaid contributions;

$12,867.49 in liquidated damages;

$ 1,231.98 in interest;

$   720.00 in attorneys' fees; and

$   750.00 in costs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 29, 2009

SUSAN ILLSTON
United States District Judge