```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7                  UNITED STATES DISTRICT COURT
 8                 NORTHERN DISTRICT OF CALIFORNIA
 9
10  NORTHWEST ADMINISTRATORS, INC.,   )   NO. C 08 3055 SI(MEJ)
                                      )
11                                    )
                                      )
12                  Plaintiffs,       )   ORDER OF EXAMINATION
            vs.                       )
13                                    )
                                      )
14  SOUZA'S MILK TRANSPORTATION COMPANY)
    INC., a California corporation    )
15                                    )
                    Defendant.        )
16  _____)

17  To:  Manual B. Souaz, Jr., Judgment Debtor;
         Souza's Milk Transportation Company, Inc.
18       474 - 5th Street
         Gustine, CA 95322
19
```

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on September 16, 2009 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA , 94102 Conference Room, 15th Floor, before the Magistrate Judge Elizabeth D. Laporte then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1.  The corporation's bylaws, share register and minute book;

2. Title documents to all equipment and vehicles of debtor;

ORDER OF EXAMINATION                    1

3. All lists and schedules of rented, leased and owned equipment of debtor;

4. Copies of all real property and personal property leases wherein debtor is a party;

5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

6. Annual Financial Statements for the 2008 and all monthly financial statements for 2008 and 2009;

7. Federal tax returns for the last three years;

8. All bank statements, deposit slips and canceled checks for all accounts for 2008 and 2009;

9. The last tax return filed with the Franchise Tax Board;

10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from January 1, 2009 to date;

11. All accounts receivable lists generated by the Company in 2009;

12. Cash Disbursement Journals for 2008 and 2009;

13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

<u>ORDER OF EXAMINATION</u>                             2

1        NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2   TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3   AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4   REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5   JUDGMENT CREDITOR IN THIS PROCEEDING.
6   Dated:   July 13, 2009
7                                             _____
                                              Magistrate Judge Maria-Elena-James

ORDER OF EXAMINATION                           3