```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiffs,<br>vs.<br><br>SOUZA'S MILK TRANSPORTATION COMPANY INC., a California corporation<br><br> Defendant. | NO. C 08 3055 SI(MEJ)<br><br><u>ORDER OF EXAMINATION</u> |

To:  Manual B. Souza, Jr., Judgment Debtor;
     Souza's Milk Transportation Company, Inc.
     474 – 5th Street
     Gustine, CA 95322

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on <u>October 7, 2009</u> at <u>9:00</u> a.m. at <u>450 Golden Gate Avenue, San Francisco, CA , 94102 Courtroom B, 15th Floor,</u> before the Magistrate Judge Maria Elena-James then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1.   The corporation's bylaws, share register and minute book;

2. Title documents to all equipment and vehicles of debtor;

<u>ORDER OF EXAMINATION</u>                              1

    3. All lists and schedules of rented, leased and owned equipment of debtor;

    4. Copies of all real property and personal property leases wherein debtor is a party;

    5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

    6. Annual Financial Statements for the 2008 and all monthly financial statements for 2008 and 2009;

    7. Federal tax returns for the last three years;

    8. All bank statements, deposit slips and canceled checks for all accounts for 2008 and 2009;

    9. The last tax return filed with the Franchise Tax Board;

    10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from January 1, 2009 to date;

    11. All accounts receivable lists generated by the Company in 2009;

    12. Cash Disbursement Journals for 2008 and 2009;

    13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

    14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

    15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

ORDER OF EXAMINATION    2

1        NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2   TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3   AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4   REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5   JUDGMENT CREDITOR IN THIS PROCEEDING.
6   Dated: September 16, 2009

                                    _____
                                    Magistrate Judge Maria-Elena James

*IT IS SO ORDERED — Judge Maria-Elena James — United States District Court, Northern District of California*

ORDER OF EXAMINATION                          3